**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FREDY FABIAN DE LA CRUZ PRIMERO, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-05534-JLS |
| | : | |
| SECRETARY MARKWAYNE MULLIN, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 10ᵗʰ day of August, 2026, upon consideration of Fredy Fabian De La Cruz Primero's Petition for Writ of Habeas Corpus (ECF No. 1), the Government's Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 4), and Mr. De La Cruz Primero's Reply Brief (ECF No. 5) and Status Report (ECF No. 6), **IT IS HEREBY ORDERED** that the Petition (ECF No. 1) is **GRANTED** as follows:

1. Fredy Fabian De La Cruz Primero is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

2. The Government shall **RELEASE** Fredy Fabian De La Cruz Primero from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 5:00 p.m. ET on August 11, 2026;

3. If the Government chooses to pursue re-detention of Fredy Fabian De La Cruz Primero pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R. §§ 1236.1 (c)(8), (d)(1), etc.; and

4. The Court shall retain jurisdiction of this matter for thirty (30) days unless otherwise ordered.[1]

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge

---

[1] The Government's arguments are familiar. The Government maintains Mr. De La Cruz Primero is lawfully detained pursuant to 8 U.S.C. § 1225(b)(2), and the detention does not offend due process. The vast

majority of federal courts, including this Court, have rejected these arguments. *See e.g., Buele Morocho v. Jamison*, No. CV 25-5930 (E.D. Pa. Nov. 26, 2025); *Patel v. McShane*, No. CV 25-5975, 2025 WL 3241212 (E.D. Pa. Nov. 20, 2025); *Ndiaye v. Jamison*, No. CV 25-6007, 2025 WL 3229307 (E.D. Pa. Nov. 19, 2025); *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-5488, 2025 U.S. Dist. LEXIS 226877 (E.D. Pa. Nov. 18, 2025); *Kashranov v. Jamison*, No. 25-5555, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025); *Cantu-Cortes v. O'Neill*, No. 25-6338, 2025 WL 3171639 (E.D. Pa. Nov. 13, 2025). The Court will not belabor the point: Mr. De La Cruz Primero's mandatory detention without the opportunity for a bail hearing is unlawful.